IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICKETTA ANN TWITTY | DOCKET NO. 1:24-CR-77-MR-WCM<br><br>UNDER SEAL<br><br>**BILL OF INDICTMENT**<br><br>Violations:<br>21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

From as early as 2022 through February 26, 2023, in Rutherford County, within the Western District of North Carolina, and elsewhere, the defendant,

**RICKETTA ANN TWITTY,**

did knowingly and intentionally conspire and agree with other persons, known and unknown to the Grand Jury, to distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propenamide, also known as fentanyl, all Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

**Quantity of Fentanyl Involved**

The offense charged in Count One involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(C) applies.

1

## COUNT TWO

On or about February 26, 2023, in Rutherford County, within the Western District of North Carolina, and elsewhere, the defendant,

**RICKETTA ANN TWITTY,**

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propenamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with Section 853:

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations; and,

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a) and (b).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

1. $7,297 in United States currency seized on or about February 26, 2023.

2

A TRUE BILL:

_____
FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_____
CHRISTOPHER S. HESS
ASSISTANT UNITED STATES ATTORNEY

3