IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| In the matter of the indictment and arrest warrant for | Case No. 1:24-cr-77 |
| RICKETTA ANN TWITTY | **Filed Under Seal** |

## ORDER TO UNSEAL

UPON MOTION of the United States of America for an order directing that

the Indictment, Arrest Warrant, and all related motions or orders issued be unsealed,

**IT IS HEREBY ORDERED** that the foregoing materials are unsealed.

SO ORDERED on this 6th day of December 2024.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE